CC: USPO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS F. LIMAS RODRIGUEZ<br>Defendant. | Case No. EDCR 24-00159-SP<br>CORRECTED<br>JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF PROBATION |

On June 29, 2026, the matter came on for hearing on the Petition for Revocation of Supervised Release, filed on June 25, 2026, in the Central District of California. Deputy Federal Public Defender, Luisa Tamez appeared on behalf of the Defendant. Assistant United States Attorney Gregory Lesser appeared for the Government. U.S. Probation Officer Maria Fernandez Tinajero was also present. Defendant was informed of the Allegations as set forth in the Petition. Defendant acknowledged receiving a copy of the Petition, and thereafter admitted that the violations as alleged in the Petition was truthful, and that he committed the violations as alleged.

The Court found that Defendant violated the terms and conditions of his Probation as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California, imposed on July 8, 2024.

IT IS THE JUDGMENT OF THE COURT, that Probation is hereby extended for

two (2) years. Defendant Luis F. Limas Rodriguez is to comply with the same terms and conditions previously imposed, and shall report to the U.S. Probation and Pretrial Office within 72 hours.

Defendant was informed of his right to appeal.

*Note: This judgment runs concurrently with the judgment entered in 5:24-cr-00160-SP.

DATED: July 30, 2026

HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

CLERK, U.S. DISTRICT COURT

By: Rebecca Camacho
Rebecca Camacho, CVB Courtroom Deputy

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA